1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE DIVISION
11

12  TFS Electronic Manufacturing Services,  )    Case No.: C 07-80068 JF (PVT)
    Inc.,                                   )
13                                          )    **FURTHER ORDER RE ORDER**
                          Plaintiff,        )    **GRANTING IN PART AND DENYING**
14                                          )    **IN PART DUY NGUYEN'S MOTION**
              v.                            )    **TO QUASH SUBPOENA**
15                                          )
    Topsearch Printed Circuits (HK) Ltd.,   )
16                                          )
                          Defendant.        )
17  _____ )

18          On March 6, 2007, non-party Duy Nguyen ("Nguyen") filed a motion asking that the court

19  quash the subpoena served on him by Plaintiff or, in the alternative, that the court issue a protective

20  order requiring his deposition go forward when he is present in the United States.[1]  Plaintiff opposed

21  the motion.  On March 16, 2007, the court issued an order Granting in Part and Denying in Part Duy

22  Nguyen's Motion to Quash Subpoena.  In that order the court ordered that counsel meet and confer

23  regarding the date and location for non-party Duy Nguyen's deposition, and if they could not agree,

24  then by April 6, 2007 for non-party Duy Nguyen, Plaintiff, and any other party wishing to participate

25  in the deposition of Nguyen, to file declarations setting forth their availability during May, as well as

26  their positions regarding the appropriate location for the deposition.  On April 5 & 6, 2007,

27

28          [1]     The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

                              ORDER, *page 1*

declarations were filed by counsel for Plaintiff TFS Electronic Manufacturing Services, Inc.,

Defendant Avocent Corporation, and non-party Duy Nguyen.[2]  Based on the declarations filed and

the file herein,

IT IS HEREBY ORDERED that non-party Duy Nguyen shall appear for deposition at

9:00 a.m. on May 8, 2007, in Phoenix, Arizona, at a specific location to be designated by Plaintiff.

No later than April 27, 2007, Plaintiff's counsel shall give written notice of the specific location in

Phoenix for the deposition to counsel for non-party Duy Nguyen and all other parties to this action.

Dated: *4/17/07*

*Patricia V. Trumbull*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]       The declaration submitted by counsel for non-party Duy Nguyen does not include any information regarding Nguyen's availability in May.  The court construes this as a lack of objection by Nguyen to any date in May, or to any U.S. location, for his deposition.

ORDER, *page 2*